**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fletcher Kop, | No. CV09-1157-PHX-DGC (MEA) |
| Plaintiff, | |
| v. | **ORDER** |
| Kalum Kalani, et al., | |
| Defendans. | |

Plaintiff Fletcher Kop has filed a prisoner civil rights complaint pursuant to 42 U.S.C. § 1983. Dkt. #1. United States Magistrate Judge Mark E. Aspey has issued a report and recommendation ("R&R") recommending that the complaint be dismissed. Dkt. #12. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and dismiss the complaint.

**IT IS ORDERED:**

1. The R&R (Dkt. #12) is **accepted**.

2. The prisoner civil rights complaint (Dkt. #1) is **dismissed** for failure to serve Defendants and failure to comply with Court orders..

3. The Clerk is directed to **terminate** this action.

DATED this 12th day of January, 2010.

_David G. Campbell_
David G. Campbell
United States District Judge